UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAYMOND ANKNER, CJA AND ASSOCIATES, INC., RMC PROPERTY & CASUALTY, LTD., and RMC CONSULTANTS, LTD.,

    Plaintiffs,

v.                                         Case No:   2:21-cv-330-JES-NPM

UNITED STATES OF AMERICA,

    Defendant.

_____

CJA AND ASSOCIATES, INC.,

    Plaintiff,

v.                                         Case No:   2:21-cv-331-JES-NPM

UNITED STATES OF AMERICA,

    Defendant.

_____

RMC PROPERTY & CASUALTY, LTD.,

    Plaintiff,

v.                                         Case No:   2:21-cv-333-JES-NPM

UNITED STATES OF AMERICA,

    Defendant.

_____

RMC CONSULTANTS, LTD.,

    Plaintiff,

v.                                         Case No:   2:21-cv-334-JES-NPM

UNITED STATES OF AMERICA,

       Defendant.

_____

### JURY VERDICT FORM

WE THE JURY FIND:

1. Raymond Ankner

   (a) The United States proved by a preponderance of the evidence each element of Internal Revenue Code Section 6700 as to Raymond Ankner for the following tax years:

      2014: Yes_____ or No____✓_____

      2015: Yes_____ or No____✓_____

If you answered YES to a particular tax year, proceed to answer question 1(b) as to that tax year. If you answered NO to a particular tax year, leave that tax year blank in questions 1(b) and 1(c) and proceed to question 2(a).

2

    (b)   Raymond Ankner proved by a preponderance of the evidence that his penalty liability is less than:

$51,995.50 for the 2014 tax year:

Yes_____  or  No_____

$61,723.53 for the 2015 tax year:

Yes_____  or  No_____

If you answered <u>YES</u> to a particular tax year, proceed to question 1(c) as to that tax year. If you answered <u>NO</u> to a particular tax year, leave that tax year blank in question 1(c) and proceed to question 2(a).

    (c)   Enter the amount of penalties for which Raymond Ankner is liable for each tax year:

2014: $ _____

    2015: $ _____

Proceed to question 2(a).

 2. CJA & Associates, Inc.

  (a) The United States proved by a preponderance of the evidence each element of Internal Revenue Code Section 6700 as to CJA & Associates, Inc. for the following tax years:

    2010: Yes_____ or No ___✓___

    2011: Yes_____ or No ___✓___

    2012: Yes_____ or No ___✓___

    2014: Yes_____ or No ___✓___

    2015: Yes_____ or No ___✓___

    2016: Yes_____ or No ___✓___

If you answered <u>YES</u> to a particular tax year, proceed to question 2(b) as to that tax year. If you answered <u>NO</u> to a particular tax year, leave that tax year blank in questions 2(b) and 2(c) and proceed to question 3(a).

    (b)    CJA & Associates, Inc. proved by a preponderance of the evidence that its penalty liability is less than:

$155,787.50 for the 2010 tax year:

Yes_____    or    No_____

$391,042.90 for the 2011 tax year:

Yes_____    or    No_____

$147,171.72 for the 2012 tax year:

Yes_____    or    No_____

$13,617.32 for the 2014 tax year:

Yes_____    or    No_____

$53,756.14 for the 2015 tax year:

Yes_____    or    No_____

$54,322.30 for the 2016 tax year:

Yes_____    or    No_____

If you answered <u>YES</u> to a particular tax year, proceed to answer question 2(c) as to that tax year. If you answered <u>NO</u> to a particular tax year, leave that tax year blank in question 2(c) and proceed to question 3(a).

    (c)   Enter the amount of penalties for which CJA & Associates, Inc. is liable:

        2010: $_____

        2011: $_____

        2012: $_____

        2014: $_____

        2015: $_____

        2016: $_____

Proceed to question 3(a).

3. **RMC Property & Casualty, Ltd.**

    (a)   The United States proved by a preponderance of the evidence each element of Internal Revenue Code Section 6700 as to RMC Property & Casualty, Ltd. for the following tax years:

2010: Yes_____ or No_____✓_____

2011: Yes_____ or No_____✓_____

2012: Yes_____ or No_____✓_____

2013: Yes_____ or No_____✓_____

2014: Yes_____ or No_____✓_____

2015: Yes_____ or No_____✓_____

2016: Yes_____ or No_____✓_____

Proceed to question 4(a).

4. RMC Consultants, Ltd.

    (a) The United States proved by a preponderance of the evidence each element of Internal Revenue Code Section 6700 as to RMC Consultants, Ltd. for the following tax years:

2011: Yes_____ or No_____✓_____

2012: Yes_____ or No____✓_____

2013: Yes_____ or No____✓_____

2014: Yes_____ or No____✓_____

2015: Yes_____ or No____✓_____

2016: Yes_____ or No____✓_____

You have finished your deliberations. Please sign and date the document below and return the form to the Court.

SO SAY WE ALL.

April 4, 2024
DATE

████████████████████
JURY FOREPERSON